**Ogletree Deakins**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2023

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212-492-2501
www.ogletree.com

Kelly M. Cardin
212.492.2067
kelly.cardin@ogletree.com

April 20, 2023

<u>Via ECF</u>
The Honorable Magistrate Judge Katharine H. Parker
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**APPLICATION DENIED**

*[signature]*

KATHARINE H. PARKER
United States Magistrate Judge
04/21/2023

    Re:    **Andre Payne v. BlueTriton Brands, Inc.**
              **Docket No.: 1:23-cv-00939**

Dear Judge Parker:

    We represent Defendant BlueTriton Brands, Inc. ("BlueTriton") in the above-referenced matter. In accordance with Rule I.C of Your Honor's Individual Practices, we respectfully write jointly on behalf of the parties to request an adjournment of the Initial Conference currently scheduled for April 27, 2023 at 11:15 A.M. The parties respectfully request that the Initial Conference be adjourned pending the outcome of BlueTriton's pre-motion conference request regarding its anticipated motion to strike the class allegations in Plaintiff's Complaint and its motion to dismiss Plaintiff's Complaint in its entirety.

    This is the parties' first request for an adjournment and it does not affect any other scheduled dates or deadlines. We thank Your Honor for your consideration of this request.

                            Respectfully submitted,

                            OGLETREE, DEAKINS, NASH,
                            SMOAK & STEWART, P.C.

                            By: <u>*s/ Kelly M. Cardin*</u>
                              Kelly M. Cardin
                              Jessica R. Schild

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington