UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANDRE PAYNE, individually and on behalf of all others similarly situated,

                                                Plaintiff,

-against-

BLUETRITON BRANDS, INC.,

                                                Defendant.
------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: __8/14/2023__

23-CV-0939 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On May 30, 2023, the Court ordered that the parties file a joint status letter by June 30, 2023. (ECF No. 19.) No letter was filed. By **August 21, 2023**, the parties shall file a joint status letter.

      Failure to comply with court orders may result in a recommendation for sanctions up to and including dismissal for failure to prosecute.

      **SO ORDERED.**

DATED:    New York, New York
               August 14, 2023

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge